```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Seeking Appointment as Attorney for Defendant
    EDWARD ORTIZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. Cr. S 96-275 LKK
                                 )
12            Plaintiff,         )
                                 )   REQUEST FOR APPOINTMENT OF
13       v.                      )   COUNSEL; ORDER
                                 )
14  EDWARD ORTIZ,                )   RETROACTIVE CRACK COCAINE
                                 )   REDUCTION CASE
15            Defendant.         )   Date:  May 28, 2008
                                 )   Time:  9:30 a.m.
16  _____ )   Judge: Hon. LAWRENCE K. KARLTON
```

17        Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant,
18   EDWARD ORTIZ, hereby requests the court appoint the Office of the
19   Federal Defender and Assistant Federal Defender David M. Porter as
20   counsel to represent him with respect to his motion to reduce sentence
21   pursuant to 18 U.S.C. § 3582(c)(2), filed April 17, 2008.  Mr. Porter
22   is familiar with the case and is willing to accept the appointment.[*]
23        Appointment of counsel would serve the interests of justice in
24   this case because it might facilitate a negotiated disposition of the
25   motion and because the motion might raise novel legal issues
26   surrounding application of the United States Sentencing Commission's

---

[*] Mr. Ortiz has authorized the undersigned to file this application on his behalf.

1  recent retroactive reduction of sentences under the crack cocaine
2  guidelines.  Because Mr. Ortiz's substantial rights may be affected by
3  these criminal proceedings, he is constitutionally entitled to
4  appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
5       Attached is Mr. Ortiz's completed financial affidavit, CJA 23.
6       Accordingly, Mr. Ortiz requests the Court issue the order lodged
7  herewith.
8  Dated:  May 27, 2008

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                 /s/ *David M. Porter*
                                DAVID M. PORTER
                                Assistant Federal Defender

                                Seeking Appointment as Attorney for Movant
                                EDWARD ORTIZ


**O R D E R**

     Pursuant to defendant's request, and good cause appearing
therefor, the Office of the Federal Defender and Assistant Federal
David M. Porter is hereby appointed to represent defendant with respect
to his motion to reduce sentence.

DATED:  May 28, 2008

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

ORDER APPOINTING COUNSEL
                                -2-