```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-96-275 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) |
| EDWARD ORTIZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

   The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Edward Ortiz, through his attorney, David Porter, Esq., hereby stipulate and agree that the status conference scheduled for August 12, 2008, should be continued to September 9, 2008, at 9:30 a.m.

   Counsel for the government will be unavailable due to travel for a work related seminar the week of August 11, 2008.  Defense counsel has no opposition to continuing this matter.  The parties have agreed and respectfully request that the Court set the date of September 9, 2008, at 9:30 a.m., for status conference.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: August 8, 2008        By:   /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney



Dated: August 8, 2008        By:   /s/ David Porter
                                    DAVID PORTER, ESQ.
                                    Attorney for Defendant
```

---

**ORDER**

Good cause having been shown, it is hereby ordered that this matter be set for September 9, 2008, at 9:30 a.m.

DATED: August 11, 2008

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2