```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff, )<br>          )<br>v.        )<br>          )<br>EDWARD ORTIZ, )<br>          )<br>     Defendant. )<br>_____ ) | No. Cr. S 96-275 LKK<br><br>STIPULATED REQUEST TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>**RETROACTIVE CRACK COCAINE<br>REDUCTION CASE**<br>Date:  September 9, 2008<br>Time:  9:15 a.m.<br>Judge: Hon. LAWRENCE K. KARLTON |

Defendant, EDWARD ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney WILLIAM S. WONG, request the court continue the status conference, currently set for September 9, 2008, to **Tuesday, September 30, 2008, at 9:15 a.m.**, to allow the parties to engage in further negotiations.  An order

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

granting the request is lodged herewith.

Dated:  September 8, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

 /s/ *William S. Wong*              /s/ *David M. Porter*
WILLIAM S. WONG                  DAVID M. PORTER
Assistant U.S. Attorney          Assistant Federal Defender

Attorney for Plaintiff           Attorney for Movant
UNITED STATES OF AMERICA         EDWARD ORTIZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the status conference in the above-entitled matter is **continued** from September 8, 2008, to Tuesday, September 30, 2008, at 9:15 a.m.

Dated:  September 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE