```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  Counsel Designated for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  EDWARD ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 96-275 LKK |
|---|---|
| Plaintiff, | ) STIPULATED REQUEST TO CONTINUE ) STATUS CONFERENCE; ORDER |
| v. | ) |
| EDWARD ORTIZ, | ) **RETROACTIVE CRACK COCAINE** ) **REDUCTION CASE** ) Date: November 17, 2008 |
| Defendant. | ) Time: 1:30 p.m. ) Judge: Hon. LAWRENCE K. KARLTON |

Defendant, EDWARD ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney WILLIAM S. WONG, request the court continue the Status Conference, currently set for November 17, 2008, to **Tuesday, December 16, 2008, at 9:15 a.m.**, to allow the parties to engage in further negotiations.  An order

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

granting the request is lodged herewith.

Dated:  November 14, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ William S. Wong<br>WILLIAM S. WONG<br>Assistant U.S. Attorney | /s/ David M. Porter<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>EDWARD ORTIZ |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the status conference in the above-entitled matter is **continued** from November 17, 2008, to Tuesday, December 16, 2008, at 9:15 a.m.

Dated:  November 17, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

-2-