```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  Counsel Designated for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  EDWARD ORTIZ
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. Cr. S 96-275 LKK
                                 )
12            Plaintiff,         ) STIPULATED REQUEST TO CONTINUE
                                 ) STATUS CONFERENCE; ORDER
13       v.                      )
                                 ) RETROACTIVE CRACK COCAINE
14  EDWARD ORTIZ,                ) REDUCTION CASE
                                 ) Date:  December 16, 2008
15            Defendant.         ) Time:  9:15 a.m.
                                 ) Judge: Hon. LAWRENCE K. KARLTON
16  _____)
```

17      Defendant, EDWARD ORTIZ, by and through his attorney, Assistant
18 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF
19 AMERICA, by and through its counsel, Assistant U.S. Attorney William S.
20 Wong, request the court continue the Status Conference, currently set
21 for December 16, 2008, to **Tuesday, February 3, 2009, at 9:15 a.m.**, to
22 allow the parties to engage in further negotiations.  An order
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  granting the request is lodged herewith.

2  Dated:  December 11, 2008

3  Respectfully submitted,

4  McGREGOR SCOTT                    DANIEL J. BRODERICK
   United States Attorney            Federal Defender

6   */s/ William S. Wong*             */s/ David M. Porter*
   WILLIAM S. WONG                   DAVID M. PORTER
7  Assistant U.S. Attorney           Assistant Federal Defender

8  Attorney for Plaintiff            Attorney for Movant
   UNITED STATES OF AMERICA          EDWARD ORTIZ

10                              **ORDER**

11      Pursuant to the parties' stipulation, and good cause appearing
12 therefor, it is hereby ordered that the status conference in the above-
13 entitled matter is **continued** from December 16, 2008, to Tuesday,
14 February 3, 2009, at 9:15 a.m.

15 Dated:  December 11, 2008

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

-2-