```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>EDWARD ORTIZ,<br><br>         Defendant.<br>_____ | No. Cr. S 96-275 LKK<br><br>**REQUEST TO CONTINUE HEARING DATE;**<br>**ORDER**<br><br>**RETROACTIVE CRACK COCAINE**<br>**REDUCTION CASE**<br>Date:  February 6, 2009<br>Time:  1:30 p.m.<br>Judge: Hon. LAWRENCE K. KARLTON |

Defendant, EDWARD ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, requests the court continue the Status Conference, currently set for February 6, 2008, to **Tuesday, March 3, 2009, at 9:15 a.m.**, to allow the parties to engage in further negotiations.

The undersigned e-mailed and left voice mail messages with counsel for plaintiff to ascertain his position with regard to this request but has not yet heard from counsel.

/ / /

/ / /

/ / /

/ / /

1   An order granting the request is lodged herewith.

2  Dated:   February 3, 2009

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

6                                          */s/ David M. Porter*
                                           DAVID M. PORTER
                                           Assistant Federal Defender

                                           Attorney for Movant
8                                          EDWARD ORTIZ

## ORDER

Pursuant to defendant's request, and good cause appearing therefor, it is hereby ordered that the status conference in the above-entitled matter is **continued** from February 6, 2009, to Tuesday, March 3, 2009, at 9:15 a.m.

Dated:   February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

REQUEST TO
CONTINUE STATUS CONFERENCE

-2-