DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 96-275 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | STATUS CONFERENCE; ORDER |
| v. | ) | |
| | ) | **RETROACTIVE CRACK COCAINE** |
| EDWARD ORTIZ, | ) | **REDUCTION CASE** |
| | ) | Date:  February 27, 2009 |
| Defendant. | ) | Time:  9:15 a.m. |
| | ) | Judge: Hon. LAWRENCE K. KARLTON |
| _____ | ) | |

Defendant, EDWARD ORTIZ, by and through his attorney, Assistant

Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

AMERICA, by and through its counsel, Assistant U.S. Attorney William S.

Wong, request the court continue the Status Conference, currently set

for March 3, 2009, to **Tuesday, March 24, 2009, at 9:15 a.m.**, to allow

the parties to engage in further negotiations.  An order

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

granting the request is lodged herewith.

Dated:  February 27, 2009

Respectfully submitted,

McGREGOR SCOTT                      DANIEL J. BRODERICK
United States Attorney              Federal Defender


 /s/ William S. Wong                /s/ David M. Porter
WILLIAM S. WONG                     DAVID M. PORTER
Assistant U.S. Attorney             Assistant Federal Defender

Attorney for Plaintiff              Attorney for Movant
UNITED STATES OF AMERICA            EDWARD ORTIZ

**ORDER**

    Pursuant to the parties' stipulation, and good cause appearing

therefor, it is hereby ordered that the status conference in the above-

entitled matter is **continued** from March 3, 2009, to Tuesday, March 24,

2009, at 9:15 a.m.

Dated: March 2, 2009


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE