```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  Counsel Designated for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  EDWARD ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 96-275 LKK |
|---|---|
| Plaintiff, | ) STIPULATED REQUEST TO CONTINUE<br>) STATUS CONFERENCE; ORDER |
| v. | ) |
| EDWARD ORTIZ, | ) **RETROACTIVE CRACK COCAINE**<br>) **REDUCTION CASE** |
| Defendant. | ) Date: June 30, 2009<br>) Time: 9:15 a.m.<br>) Judge: Hon. LAWRENCE K. KARLTON |

Defendant, EDWARD ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney William S. Wong, request the court continue the Status Conference, currently set for May 19, 2009, to **Tuesday, June 30, 2009, at 9:15 a.m.**, to allow the parties to engage in further negotiations. An order

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

granting the request is lodged herewith.

Dated: May 18, 2009

Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
|---|---|
| Acting United States Attorney | Federal Defender |

 /s/ William S. Wong                 /s/ David M. Porter
WILLIAM S. WONG                      DAVID M. PORTER
Assistant U.S. Attorney              Assistant Federal Defender

Attorney for Plaintiff               Attorney for Movant
UNITED STATES OF AMERICA             EDWARD ORTIZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the status conference in the above-entitled matter is **continued** from May 19, 2009, to Tuesday, June 30, 2009, at 9:15 a.m.

Dated: May 18, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE