```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  EDWARD ORTIZ
7
```

8              IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) No. Cr. S 96-275 LKK |
| 12 | Plaintiff, | ) **STIPULATION TO VACATE STATUS CONFERENCE AND TO SET** |
| 13 | v. | ) **BRIEFING/HEARING SCHEDULE; ORDER** |
| 14 | EDWARD ORTIZ, | ) |
| 15 | Defendant. | ) Honorable Lawrence K. Karlton |
| 16 | _____ | ) |

17     Defendant, EDWARD ORTIZ, by and through his attorney, Assistant

18 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

19 AMERICA, by and through its counsel, Assistant U.S. Attorney William S.

20 Wong, request the court vacate the Status Conference set for June 30,

21 2009, and enter the order lodged herewith setting a briefing and

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

hearing schedule.

Dated:  June 19, 2009

Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
| Acting United States Attorney | Federal Defender |

/s/ William S. Wong                          /s/ David M. Porter
WILLIAM S. WONG                              DAVID M. PORTER
Assistant U.S. Attorney                      Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Movant
UNITED STATES OF AMERICA                     EDWARD ORTIZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the status conference in the above-entitled matter set for June 30, 2009 is **VACATED**. The following briefing and hearing scheduled is hereby **ORDERED:**

Mr. Ortiz's amended Section 3582(c)(2) motion to be filed on or before July 7, 2009. Government's response to be filed on or before July 21, 2009. Mr. Ortiz's optional reply to be filed on or before July 28, 2009. Hearing on the motion on Tuesday, August 4, 2009, at 9:15 a.m.

Dated:  June 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Motion to Vacate and Modify Sentence

-2-