```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  EDWARD ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>EDWARD ORTIZ,<br><br>            Defendant.<br>_____ | No. Cr. S 96-275 LKK<br><br>STIPULATED REQUEST TO CONTINUE HEARING; ORDER<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  September 22, 2009<br>Time:  9:15 a.m.<br>Judge: Hon. LAWRENCE K. KARLTON |

    Defendant, EDWARD ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney William S. Wong, request the court continue the hearing on Mr. Ortiz's motion pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3582(c)(2), currently set for August 4, 2009, to **Tuesday, September 22, 2009, at 9:15 a.m.**, to accommodate counsels' schedule.  An order granting the request is

/ / /

/ / /

/ / /

/ / /

/ / /

1 lodged herewith.

2 Dated: July 20, 2009

3 Respectfully submitted,

4 LAWRENCE G. BROWN                    DANIEL J. BRODERICK
  Acting United States Attorney        Federal Defender

6 _/s/ William S. Wong_                _/s/ David M. Porter_
  WILLIAM S. WONG                      DAVID M. PORTER
7 Assistant U.S. Attorney              Assistant Federal Defender

8 Attorney for Plaintiff               Attorney for Movant
  UNITED STATES OF AMERICA             EDWARD ORTIZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the hearing on Mr. Ortiz's motion pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3582(c)(2), currently set for August 4, 2009, is reset to **Tuesday, September 22, 2009, at 9:15 a.m.** The government's response to the motion shall be filed on or before August 7, 2009. Mr. Ortiz's optional reply may be filed on or before September 15, 2009.

Dated: July 29, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
CONTINUING HEARING