# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **EDWARD ORTIZ** | ) | Case No: 2:96CR00275-01 |
| | ) | USM No: 00116-111 |
| Date of Previous Judgment: March 24, 1998 | ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to** __180 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
✔ Other (explain): After consideration of all the circumstances of Mr. Ortiz's case, the materials submitted with the amended motion, his post conviction conduct, the factors set forth in 18 U.S.C. 3553(a), and 28 U.S.C. 2243, which authorizes the Court to dispose of this matter as "law and justice require", a term of 180 months imprisonment is appropriate.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __3/24/1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 21, 2009

_Lawrence K. Karlton_
Judge's signature

Effective Date: ____
(if different from order date)

Lawrence K. Karlton, United States District Judge
Printed name and title